Marc A. Lieberman, Esq. (Bar No. 157318)
marc.lieberman@flpllp.com
Alan W. Forsley, Esq. (Bar No. 180958)
alan.forsley@flpllp.com
**FREDMAN LIEBERMAN PEARL LLP**
1875 Century Park East, Suite 2230
Los Angeles, California 90067-2523
Telephone: (310) 284-7350
Facsimile: (310) 432-5999

Attorneys for Plaintiff

**UNITED STATES BANKRUPTCY COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>ANDREW STUPIN and JULIE STUPIN,<br><br>Debtors. | Case No. 8:26–bk–11202–SC<br><br>Chapter 11<br><br>Adv. Proc. No. 8:26–ap–01093–SC |
| TAYLER CARANO and NATALI CARANO, as Co-Trustees of THE CARANO FAMILY TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>ANDREW STUPIN an individual; and JULIE STUPIN, an individual,<br><br>Defendants. | **NOTICE OF COMPLIANCE WITH LOCAL BANKRUPTCY RULE 7026-1**<br><br><u>Status Conference</u>:<br>Date: December 9, 2026<br>Time: 11:00 a.m.<br>Place: Courtroom 5C |

///

///

///

TO ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that compliance with Federal Rule of Bankruptcy Procedure 7026 and Local Bankruptcy Rule 7026-1(a)(1) are required in this proceeding.

DATED: September 16, 2026

FREDMAN LIEBERMAN PEARL LLP

By:________________________________
Marc A. Lieberman, Esq.
Alan W. Forsley, Esq.
Attorneys for Plaintiff

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
FLP LAW GROUP LLP 1875 Century Park East, Suite 2230, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF COMPLIANCE WITH LOCAL BANKRUPTCY RULE 7026-1** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **September 16, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Marc A Lieberman** marc.lieberman@flpllp.com, addy@flpllp.com,ethan@flpllp.com
- **United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY UNITED STATES MAIL**:
On (*date*) **September 16, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Defendants:
Andrew Stupin
Julie Stupin
215 5th Street, Suite A
Huntington Beach, CA 92648

Attorneys for Debtors:
David Golubchik, Esq.
Levene, Neale, Bender, Yoo & Golubchik LLP
2818 La Cienega Avenue,
Los Angeles, CA 90034

The Honorable Scott Clarkson
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _______________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 16, 2026 | Ethan Epstein | [signature] |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |