DAVID B. GOLUBCHK (SBN 185520)
JOHN-PATRICK M. FRITZ (SBN 245240)
JOSEPH M. ROTHBERG (SBN 286363)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue,
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: DBG@LNBYG.COM; JPF@LNBYG.COM; JMR@LNBYG.COM

Attorneys for Defendants Andrew Stupin and Julie Stupin,
Chapter 11 Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>ANDREW STUPIN and JULIE STUPIN,<br><br>Debtors and Debtors in Possession.<br>———<br>TAYLER CARANO and NATALI CARANO,<br><br>Plaintiffs,<br><br>v.<br><br>ANDREW STUPIN and JULIE STUPIN,<br><br>Defendants. | Case No. 8:26-bk-11202-SC<br><br>Chapter 11<br><br>Adv. No. 8:26-ap-01093-SC<br><br>**NOTICE OF MOTION AND HEARING ON DEFENDANTS' MOTION: (1) TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT PURSUANT TO RULE 12(B) OF THE FEDERAL RULES OF CIVIL PROCEDURE; OR (2) FOR MORE DEFINITIVE STATEMENT PURSUANT TO RULE 12(E) OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br><u>Hearing</u>:<br>Date: November 18, 2026<br>Time: 11:00 a.m.<br>Place: Courtroom 5C<br>411 West Fourth Street<br>Santa Ana, CA 92701 |

**PLEASE TAKE NOTICE** that the Honorable Scott C. Clarkson, United States Bankruptcy Judge for the Central District of California (the "Court") will hold a hearing (the "Hearing") at 11:00 a.m. on November 18, 2026, in Courtroom 5C on the Fifth Floor of the United States Bankruptcy Courthouse located at 411 West Fourth Street, Santa Ana, California 92701, to consider the "Defendants' Notice of Motion and Motion: (1) to Dismiss Plaintiffs' First Amended Complaint Pursuant to Rule 12(b) of the Federal Rules of Civil Procedure; or (2) for More Definitive Statement Pursuant to Rule 12(e) of the Federal Rules of Civil Procedure" (the "Motion") filed by Andrew Stupin ("Andrew") and Julie Stupin ("Julie"), the debtors and the debtors in possession in the above-captioned chapter 11 bankruptcy case and the defendants in the above-captioned adversary proceeding (collectively, the "Debtors" or the "Stupins").

**PLEASE TAKE FURTHER NOTICE** that the bases of the Motion are this Notice, the Motion, the memorandum of points and authorities in support of the Motion annexed thereto, the separately and concurrently filed request for judicial notice ("RJN") and declaration of Joseph M. Rothberg, 28 U.S.C. § 1334, Rule 7009 of the Federal Rules of Bankruptcy Procedure, Rule 9 of the Federal Rules of Civil Procedure, Rule 7012 of the Federal Rules of Bankruptcy Procedure, Rule 12 of the Federal Rules of Civil Procedure, and Rule 9013-1 of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Central District of California. The Debtors request that the Court take judicial notice of Plaintiffs' original complaint and first amended complaint filed as docket entry numbers 1 and 8, respectively, in this adversary proceeding, other documents annexed to the RJN, and all matters of which the Court may properly take judicial notice pursuant to Rule 201 of the Federal Rules of Evidence.

**PLEASE TAKE FURTHER NOTICE** that, by way of the Motion, the Debtors seek an order of the Court pursuant to Rule 12(b) of the Federal Rules of Civil Procedure to dismiss the first amended complaint ("FAC") filed by the plaintiffs in this above-captioned adversary proceeding, or, alternatively, for a more definitive statement pursuant to Rule 12(e) of the Federal Rules of Civil Procedure.

**PLEASE TAKE FURTHER NOTICE** that the Debtors have reserved their rights to have certain matters heard by an Article III tribunal and to jury trial as set forth in greater detail in Section IV.I of the Motion's annexed memorandum of points and authorities.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 9013-1(f), the deadline for filing an objection or response to the Motion is fourteen (14) days prior to the hearing date

on the Motion. Any such objection or response must be filed with the Court and served on counsel for the Debtors with a courtesy copy delivered to the Court. Pursuant to Local Bankruptcy Rule 9013-1(h), the failure to file a timely written objection or response may be deemed by the Bankruptcy Court to be consent to the granting of relief requested in the Motion.

**PLEASE TAKE FURTHER NOTICE** that the Court may allow the utilization of ZoomGov for the above-referenced hearing on this Motion subject to the Court's instructions to be provided in its tentative ruling on the Motion. Such ZoomGov accessibility information for the hearing on the Motion will be provided by the Court in its tentative ruling prior to the hearing and can be obtained on Judge Clarkson's posted hearing calendar which may be viewed online at**:** http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/?jid=SC.

Dated: October 15, 2026

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.

By: */s/ David B. Golubchik*
DAVID B. GOLUBCHIK
JOHN-PATRICK M. FRITZ
JOSEPH M. ROTHBERG

Attorneys for Defendants Andrew Stupin and Julie Stupin, Chapter 11 Debtors and Debtors in Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034.

A true and correct copy of the foregoing document entitled: **Notice Of Motion And Hearing On Defendants' Motion: (1) To Dismiss Plaintiffs' First Amended Complaint Pursuant To Rule 12(B) Of The Federal Rules Of Civil Procedure; Or (2) For More Definitive Statement Pursuant To Rule 12(E) Of The Federal Rules Of Civil Procedure** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 15, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- David B Golubchik dbg@lnbyg.com, dbg@lnbyg.com
- Marc A Lieberman marc.lieberman@flpllp.com, addy@flpllp.com,ethan@flpllp.com
- Joseph M Rothberg jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**: On **October 15, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*Honorable Scott C. Clarkson*
*United States Bankruptcy Court*
*411 West Fourth Street, Suite 5130 / Courtroom 5C*
*Santa Ana, CA 92701-4593*

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **October 15, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 15, 2026 | J. Klassi | /s/ J. Klassi |
|---|---|---|
| *Date* | *Type Name* | *Signature* |