DAVID B. GOLUBCHK (SBN 185520)
JOHN-PATRICK M. FRITZ (SBN 245240)
JOSEPH M. ROTHBERG (SBN 286363)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue,
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: DBG@LNBYG.COM; JPF@LNBYG.COM; JMR@LNBYG.COM

Attorneys for Defendants Andrew Stupin and Julie Stupin, Chapter 11 Debtors and Debtors in Possession

FILED & ENTERED

NOV 16 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>ANDREW STUPIN and JULIE STUPIN,<br><br>Debtors and Debtors in Possession. | Case No. 8:26-bk-11202-SC<br><br>Chapter 11<br><br>Adv. No. 8:26-ap-01093-SC<br><br>**ORDER APPROVING STIPULATION TO CONTINUE NOVEMBER 18, 2026 HEARING ON DEFENDANTS' MOTION TO DISMISS TO DECEMBER 9, 2026** |
| TAYLER CARANO and NATALI CARANO,<br><br>Plaintiffs,<br><br>v.<br><br>ANDREW STUPIN and JULIE STUPIN,<br><br>Defendants. | <u>Hearing</u>:<br>Date: November 18, 2026<br>Time: 11:00 a.m.<br>Place: Courtroom 5C<br>411 West Fourth Street<br>Santa Ana, CA 92701 |

The Court, having read and considered the "Stipulation to Continue November 18, 2026 Hearing on Defendants' Motion to Dismiss to December 9, 2026" (the "<u>Stipulation</u>") [Adv. Proc. Doc. No. 17], entered into by and between Plaintiffs Tayler Carano and Natalie Carano, as Co-Trustees of The Carano Family Trust (collectively "<u>Plaintiffs</u>"), on the one hand, and debtors, debtors in possession, and defendants Andrew Stupin and Julie Stupin ("<u>Defendants</u>") on the other hand, by and through their respective attorneys, the record in this case, the docket in the case, and good cause appearing, therefor,

**HEREBY ORDERS AS FOLLOWS:**

1. The Stipulation is approved;
2. The hearing (the "Hearing") on the "Defendants' Notice of Motion and Motion: (1) to Dismiss Plaintiffs' First Amended Complaint Pursuant to Rule 12(b) of the Federal Rules of Civil Procedure; or (2) for More Definitive Statement Pursuant to Rule 12(e) of the Federal Rules of Civil Procedure" (the "Motion") [Adv. Proc. Doc. No. 10] is hereby continued from November 18, 2026, at 11:00 a.m., to **December 9, 2026, at 11:00 a.m.**; and
3. Defendants reply to the "Plaintiffs' Opposition to Defendants' Motin (1) to Dismiss Plaintiffs' First Amended Complaint Pursuant to Rule 12(b) of the Federal Rules of Civil Procedure; or (2) for More Definitive Statement Pursuant to Rule 12(e)" (the "Opposition") [Adv. Proc. Doc. No. 15] shall be due no later than seven days prior to the continued hearing date.

**SO ORDERED.**

###

Date: November 16, 2026

Scott C. Clarkson
United States Bankruptcy Judge